IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 120 | chiptoday |
| 59 | cyjie |
| 60 | dfgrucds |
| 61 | dingshuangping |
| 62 | doondo |
| 132 | fangluluqijiandian |
| 121 | fly air bird |
| 43 | FlyingGirls |
| 64 | glingling11365 |
| 65 | go hiking |
| 122 | good nice girl |
| 444 | grain we come |
| 457 | hetingtingshoes |
| 138 | HomelightingofQuyue |
| 66 | huguixia |
| 133 | Hyeq |
| 134 | liek2 |
| 497 | lihuan1 |
| 67 | likegood |
| 56 | liminghuiyo |

| | |
|---|---|
| 68 | Lopewa |
| 123 | love to you |
| 124 | Lower water |
| 125 | marilo |
| 57 | Ohwu |
| 135 | Once go |
| 136 | OPPA |
| 69 | QINCAIYANLIHUAN |
| 126 | Sex girl TechnologyCo.Ltd |
| 58 | shenzhen blue go blue Lt |
| 139 | shenzhen goalex Ltd |
| 70 | shenzhen happyer Ltd |
| 127 | ShenZhen Winsword Technology Company |
| 128 | smoar |
| 129 | solahair |
| 71 | sufengstore |
| 72 | wumengcha |
| 73 | yuihehhiii |
| 74 | zmfcw |
| 633 | YiWu Children's Ornaments Craft Company |
| 115 | fangfangyuanyuan |
| 454 | Happy3 |
| 116 | free1 |
| 402 | Classical painting Art Print |
| 207 | llq666777 |
| 375 | Adui shop |
| 208 | llq88889999 |
| 567 | sthinterest2u |
| 462 | Huairong Co., Ltd |
| 625 | xueshiwei |
| 458 | HK HongSheng |
| 501 | lindasen |
| 1020 | For L and Yu |
| 182 | Gaiya |
| 729 | HLPPC Decor |
| 859 | UOOPOO-US |
| 157 | wangzhixia |
| 148 | J J Style |
| 147 | Fashion New Style |
| 154 | Susu shopping |
| 156 | Uxstar |
| 159 | xinyuliusanjie |
| 145 | Bing Fashion |
| 146 | EE Shopping |

| | |
|---|---|
| 150 | Martial spiritPCX |
| 149 | L L CC D |
| 144 | baihuaqifan |
| 152 | naiyoukong |
| 155 | Tree Leaf Daily Necessities Store |
| 151 | Mens Underwear |
| 161 | YShdyi |
| 973 | iking2016 |
| 343 | thefair-trade |

DATED: November 8, 2019          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 8, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt