IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 420 | Elizabeth_MC |
| 21 | awzzz7080 |
| 474 | Jinfurui Trade |
| 738 | Hoyod |
| 674 | Bathroom Decor Store |
| 799 | Nymphia |
| 733 | Home Decor Presswork Store |
| 802 | Oriental Athene |
| 840 | shuidiwenhua |
| 769 | lileihao |
| 697 | donghaoshangmao |
| 827 | Rod Marion |
| 465 | huangxiangstore |
| 727 | haoun-US |
| 301 | joyce*1314 |
| 603 | world design phone accessories |
| 394 | Chen's Superstore |
| 406 | connie's kitchenette |
| 627 | YANGGUIJIAO |
| 568 | Store_inthenorth |

| | |
|---|---|
| 408 | Dattinghouseholddress |
| 999 | jingyuxiao |
| 575 | Sweetreturn |
| 561 | sinonarui flag |
| 641 | Zeanoog Internatianl Co.Ltd |
| 397 | chenyangjing shop |
| 403 | clown |
| 643 | Zero Clock Home Decor |
| 378 | angkefashion |
| 54 | be fearless |
| 80 | xiongdehao |
| 55 | xiongjiang |
| 990 | DiLian |
| 608 | WW&XY |
| 576 | sznasc international |
| 169 | xiaoyudedian |
| 494 | lie2019 |
| 541 | printzhu2018 |
| 617 | XIN110 |

DATED: November 15, 2019  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 15, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                           */s/ Keith A. Vogt*
                                                           Keith A. Vogt