IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRIDA KAHLO CORPORATION, | |
| Plaintiff, | Case No.: 1:19-cv-06386 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 456 | hengdafengongsi |
| 548 | rongyaozhuangshifengongsi |
| 562 | Small commodity ocean |
| 601 | wl20151990 |
| 609 | xiangxieshangmaoyouxiangongsi |
| 597 | Welcome Shop |
| 544 | qiaoxin369 |
| 577 | tanw |
| 964 | Suzhou Yeeya Home Co., Ltd. |
| 446 | guangzhou Crown fai trade |
| 99 | yubao89 |
| 94 | czy4806 |
| 649 | zhongshanqihuier |
| 1009 | TaoRanHomeLife |
| 142 | SHT Online Store |
| 389 | Business OnLine |
| 623 | xu jewelry |
| 619 | xinshijieshipin |
| 483 | ke Feng Jewelry Factory |
| 522 | movies jewelry Factory direct sale |

| | |
|---|---|
| 504 | liuguomingfashionstore |
| 486 | keroujewelry |
| 513 | maomaojewelry |
| 432 | feimeng jewelry factory |
| 969 | bruce-cui |
| 330 | sh-w185 |
| 382 | Beautiful charm company |
| 346 | triggertees |

DATED:  November 22, 2019                              Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                      Keith A. Vogt (Bar No. 6207971)
                                      Keith Vogt, Ltd.
                                      111 West Jackson Boulevard, Suite 1700
                                      Chicago, Illinois 60604
                                      Telephone: 312-675-6079
                                      E-mail: keith@vogtip.com

                                      ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 22, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt