# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 287 | fri_bree |
| 229 | Kunshan Uodow Craft Gifts Co., Ltd. |
| 243 | Zhongshan Zenith Peak Hardware Gift Co., Ltd. |
| 333 | smalltreeonline |
| 368 | zhangbetteru |
| 15 | solarma2 |
| 337 | splash-119 |
| 18 | simplelife2014 |
| 295 | imixlot |
| 286 | freekingdon |
| 361 | yeeyeh |
| 247 | 6.hk187 |
| 17 | firephenixshop |
| 5 | zhqi_26 |
| 339 | starrynight88-6 |
| 250 | amazing-defender |
| 324 | prettybox-8 |
| 311 | lilystore20170 |
| 291 | home_cnl |

DATED: November 24, 2019                Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt (Bar No. 6207971)
                                        Keith Vogt, Ltd.
                                        111 West Jackson Boulevard, Suite 1700
                                        Chicago, Illinois 60604
                                        Telephone: 312-675-6079
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 24, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt