IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 651 | ZLYSHOP |
| 437 | Fruit preserves |
| 85 | FASHION WEY |
| 581 | THSHOP |
| 606 | wuxiandongli |
| 528 | Nine Point Store |
| 423 | erhuodd |
| 981 | 91sky E-commerce Co.Ltd. |
| 165 | YIwuDina |
| 563 | smashing shoping |
| 380 | azssery |
| 492 | Leonardmr |
| 177 | Mying interantional |
| 176 | cocovip |
| 405 | Come-Get Your Favourits |
| 415 | DJ-MINMIN |
| 327 | rocarda |
| 945 | Lizhang03 |
| 721 | Gnshuiquji |
| 1005 | QiMeiDi |

| | |
|---|---|
| 583 | TianYi DG |
| 978 | xpheonix |
| 288 | hanbazaa.2013 |
| 275 | dda8865 |
| 307 | ldda7998 |
| 349 | vds8665 |
| 312 | liu88660 |
| 365 | zaracos |
| 356 | xmencase |
| 246 | 3_43444 |
| 464 | huangshigongsi |
| 83 | yangyang xiaodianpude |
| 93 | Jujier nightwear |
| 550 | SenhuoNew |
| 45 | bilibiliainiaini |
| 390 | C est Parti |
| 46 | niertu |
| 478 | juanshuiliu |
| 92 | eleven88 |
| 680 | Blostirno |
| 158 | WENGLIZHEN |
| 266 | clock2018 |
| 296 | intomyworld |
| 319 | mooncake815 |
| 248 | 99wangtao |
| 518 | Menq |
| 252 | aminianshop |
| 495 | Lifetreewallart |
| 805 | PEI's boutique |
| 459 | holdmegirl |
| 275 | dda8865 |
| 255 | bea1uty0club |
| 970 | cool8ring |
| 359 | xubolucky |
| 273 | dan9ger |
| 345 | topwardrobe2014 |
| 277 | dongmakjhg |
| 334 | smithsonshelia92 |
| 310 | liansmile |
| 347 | urukzone |

DATED: November 27, 2019                                   Respectfully submitted,

                                                           */s/ Keith A. Vogt*
                                                           Keith A. Vogt (Bar No. 6207971)
                                                           Keith Vogt, Ltd.
                                                           111 West Jackson Boulevard, Suite 1700
                                                           Chicago, Illinois 60604
                                                           Telephone: 312-675-6079
                                                           E-mail: keith@vogtip.com

                                                           ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 27, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt