# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 851 | SYLVES |
| 854 | To-night |
| 854 | To-night |
| 878 | YUIf |
| 874 | Yksth |
| 669 | ashange |
| 746 | Jinjiatrade |
| 814 | pu tian li cheng xi qing mao yi you xian gong si |
| 678 | BestDC store |
| 86 | Heartbeac |
| 89 | resmile |
| 438 | fuwenwen |
| 284 | focal-stylish |
| 267 | cn-mall |
| 262 | bsparts7 |
| 314 | lychee-craft |
| 91 | sshiJIU |
| 353 | wensh40 |
| 677 | bellastocked |
| 870 | YimTin |

| | |
|---|---|
| 16 | avianaretailwholesale |
| 782 | mevuz |
| 869 | yangsfa |
| 251 | amazing-prints |
| 377 | andy wen |
| 991 | Feel Jewelry |

DATED: November 29, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 29, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt