IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1023 | Shukqueen |
| 6 | 912c_gg |
| 315 | m5d9dy |
| 369 | zhengguo1981 |
| 372 | zipgmail0 |
| 7 | chuy8988 |
| 9 | fthoshop |
| 11 | zhoushenglong2017 |
| 10 | lyshop007-6 |
| 8 | csbstore2014 |
| 374 | ztc2cshop |
| 1034 | BalleenShiny Shop Store |
| 283 | fiychee |
| 344 | thenbuyone |
| 292 | honesty2015 |
| 258 | berkinarts |
| 1018 | Berkin Arts Works |
| 597 | Welcome Shop |

DATED: November 30, 2019                    Respectfully submitted,

                                                                */s/ Keith A. Vogt*
                                                                Keith A. Vogt (Bar No. 6207971)
                                                                Keith Vogt, Ltd.
                                                                111 West Jackson Boulevard, Suite 1700
                                                               Chicago, Illinois 60604
                                                               Telephone: 312-675-6079
                                                               E-mail: keith@vogtip.com

                                                               ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt