# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRIDA KAHLO CORPORATION, | |
| Plaintiff, | Case No.: 1:19-cv-06386 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 489 | laceskong |
| 387 | bigfanscome |
| 485 | keainvren |
| 396 | chenxu |
| 385 | betterbabe |
| 582 | tiancong |
| 618 | xingstars |
| 511 | m17772458151@163.com |
| 424 | faddishman |
| 589 | topbirdy |
| 1051 | DK-ART Store |
| 671 | ATOLY |
| 704 | FAN NEE MOEEY |
| 705 | FANNEE |
| 707 | FDY MY |
| 748 | JnXos Store |
| 819 | Redida |

DATED:  December 3, 2019							Respectfully submitted,

							*/s/ Keith A. Vogt*
							Keith A. Vogt (Bar No. 6207971)
							Keith Vogt, Ltd.
							111 West Jackson Boulevard, Suite 1700
							Chicago, Illinois 60604
							Telephone: 312-675-6079
							E-mail: keith@vogtip.com

							***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 3, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt