**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRIDA KAHLO CORPORATION, | |
| Plaintiff, | Case No.: 1:19-cv-06386 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 236 | Shenzhen Ronghui Craft Products Co., Ltd. |
| 233 | SensfunPrint |
| 302 | jujiamaoyi2020 |
| 370 | zhihong1300 |
| 962 | Ningbo Mingbomingsheng Imp. & Exp. Co., Ltd. |
| 19 | 7_su061 |
| 280 | east_culture_2008 |
| 274 | dangoyoung06 |
| 1100 | Photo Backdrop Store |
| 237 | Suzhou Chroma UME Digital Printing Co., Ltd. |
| 1063 | GodblessU Store |
| 164 | just_you |
| 240 | WendyDiamondPainting |
| 263 | cbenken2012 |
| 1166 | Zz Jew Store |

DATED: December 4, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　111 West Jackson Boulevard, Suite 1700
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone: 312-675-6079
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 4, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                 */s/ Keith A. Vogt*
                 Keith A. Vogt