# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 5, 2019 [50] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 450 | haiyingmbg |
| 628 | yangqilin |
| 76 | fashion0918 |
| 174 | hao5201314 |
| 175 | meng1314 |
| 615 | xiaqinhong666 |
| 620 | xionghaowen |
| 621 | xiongli123 |
| 622 | xiongrong666 |
| 519 | Mingzhao |
| 43 | lifebeautyday2017 |
| 798 | NUOFENG |
| 545 | ranbaobao |
| 51 | Masa co.ltd. |
| 49 | Horliday |
| 53 | moolyya |
| 50 | karelay |
| 980 | zlaitaimei |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 5, 2019 [50] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 450 | haiyingmbg |
| 628 | yangqilin |
| 76 | fashion0918 |
| 174 | hao5201314 |
| 175 | meng1314 |
| 615 | xiaqinhong666 |
| 620 | xionghaowen |
| 621 | xiongli123 |
| 622 | xiongrong666 |
| 519 | Mingzhao |
| 43 | lifebeautyday2017 |
| 798 | NUOFENG |
| 545 | ranbaobao |
| 51 | Masa co.ltd. |
| 49 | Horliday |
| 53 | moolyya |
| 50 | karelay |
| 980 | zlaitaimei |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 11, 2019	Respectfully submitted,

*[signature]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this <u>11th</u> day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

*[signature]* Michael Severt
Notary Public

State of _____ ILLinois _____

County of _____ Cook _____