**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FRIDA KAHLO CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-06386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Schenkier

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 5, 2019 [50] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 698 | dpwihjfb |
| 694 | DHDPERIFJUER |
| 830 | rudosjgfkgh |
| 670 | Aszi Sham |
| 824 | Robert A Gonzalez |
| 676 | Beatrice B Gault |
| 692 | Denise K Steinbach |
| 691 | Deborah E Freeman |
| 775 | Mary L Maddock |
| 829 | Roli-Land |
| 675 | BCOWBO NEOWGDF |
| 825 | RobinEllis |
| 750 | JOHNATHAN GRIFFIN |
| 682 | Byron J Rivera |
| 786 | MJ Coulombe |
| 823 | Robbins Tonya |
| 757 | KIBBSE KSAEPA |
| 785 | Mipsewk Tpnamop |

| | |
|---|---|
| 804 | Pegi Preanvekhgn |
| 836 | SGMBDVIA Niold |
| 807 | Petsy Qsgnes |
| 857 | TVFUKP HFRVMW |
| 763 | Kornelia Denise Dora |
| 876 | YU TOO |
| 845 | sTIHee |
| 654 | 541sw1022cd |
| 766 | LETE |
| 193 | z.gj54hgk4d |
| 687 | CUSARTSHOP |
| 684 | CHUENG BLING |
| 849 | Sunmoonet Direct |
| 844 | STAYREALCYX |
| 885 | ZWCYXCUSTOM |
| 730 | Hlrod |
| 856 | Tretonku Direct |
| 672 | bahuluo |
| 693 | Desdemona Sakura |
| 886 | ZYHZYH Direct |
| 752 | JTKPE |
| 833 | sdgfghth |
| 863 | Waterhake Direct |
| 726 | guolaiyou |
| 736 | Hoshino Kondou |
| 657 | Aibileen |
| 709 | Fional |
| 720 | Gilmmer |
| 796 | NewSmarter |
| 860 | Vansion |
| 820 | Reneesme Direct |
| 700 | Elainely |
| 348 | vcui2620 |
| 260 | biyan0114 |
| 919 | Suzhou Yeeye Home Co., Ltd. |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December __20th__, 2019                    Respectfully submitted,

*[signature]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
312-675-6297
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 20th day of December, 2019.

Given under by hand and notarial seal.

ERICA HARRIS
Official Seal
Notary Public – State of Illinois
My Commission Expires Mar 8, 2021

*[signature]*
Notary Public

State of ___IL___
County of ___Cook___