**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**
'

FRIDA KAHLO CORPORATION,

     Plaintiff,                               Case No.:  1:19-cv-06386

     v.                                      Judge Charles P. Kocoras

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Sidney I. Schenkier
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 5, 2019 [50] in favor

of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge

payment of an agreed upon damages amount, costs, and interest and desires to release this

judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 1093 | Muyoo Officiall Store |
| 1162 | Yiwu Yiyun Imp. & Exp. Co., Ltd. |
| 908 | Shop2296008 Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified

Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed

to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January ___14___, 2020       Respectfully submitted,

Yi Bu (Bar No. 6328713)
JiangIP LLC
312-675-6296
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6296
Email: ybu@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yi Bu, on this ___14___ th day of January, 2020.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

Notary Public

State of _____IL_____

County of _____COOK_____